No. 924, Misc. IN RE LIPSCOMB. Motion for leave to file petition for writ of habeas corpus and for other relief denied.

No. 910, Misc. SIMMONS *v.* FOLEY, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Winifred C. Stanley,* Assistant Attorney General, for respondent.

No. 539. HENRY *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari granted. *Robert L. Carter, Jawn A. Sandifer* and *Jack H. Young* for petitioner. *Joe T. Patterson,* Attorney General of Mississippi, and *G. Garland Lyell, Jr.,* Assistant Attorney General, for respondent.

No. 590. RYAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari granted. *William R. Bagby* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *John M. Brant* for the United States.

No. 452, Misc. DEW *v.* HALABY, ADMINISTRATOR, FEDERAL AVIATION AGENCY, ET AL. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *David Rein* and *Joseph Forer* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas* and *Sherman L. Cohn* for respondents.